DONE and SIGNED this 12th day of Feb., 2014

_____
UNITED STATES BANKRUPTCY JUDGE

FILED
FEB 13 2014

United States Bankruptcy Court
Western District of Louisiana
Monroe Division

Re: JOHN PAUL BUSBY
    KAREN MICHELLE BUSBY

Bankruptcy Case Number: 13-32296

SS#: XXX-XX-4418
     XXX-XX-5623

## ORDER CONFIRMING CHAPTER 13 PLAN

The Debtor(s) Plan was filed on _NOVEMBER 27, 2013_. A summary of the Plan or summary of the final modification of the Plan was transmitted to the creditors under Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C. § 1325.

**IT IS ORDERED THAT** The Debtor(s) Chapter 13 Plan is confirmed with the following provisions:

1) **Payments:**
   Amount of ☐ Lump Sum or ☐ Sum Total Payment(s): $__ *Due* or *Paid* as of __.
   Amount of each Monthly Plan Payment: $ _476.00_ per month for _60_ months.
   Monthly Plan Payments shall be due on the _26TH_ day of each month, beginning _DECEMBER, 2013._
   Term of Plan Payments shall be: _60_ months or until a 100% Dividend is paid to general, unsecured creditors that have timely filed allowable claims.
   Moratorium granted for : _.
   Special / Additional Provisions: .

   ☐ This Plan Confirmation includes a *30 Day Drop Dead* provision on all future Plan Payments to the Trustee.

2) **Plan Payments shall be payable to:**
   E. Eugene Hastings,    ☐ Payroll Deduction is ordered: Unless previously ordered, the Debtor(s) employer is ordered to deduct
   Chapter 13 Trustee       payments from the earnings of the Debtor, draw checks in the name of the Standing Trustee and mail
   Post Office Box 270      same on or before each due date reflected above, until further Order of this Court.
   Memphis, TN 38101-0270  ☒ No Payroll Deduction is ordered

1) **Attorney Fees:**
   The Debtor(s) attorney is awarded a fee in the amount of $ _2,800.00_, of which $ _2,800.00_ is due and payable from the Bankruptcy Estate.
   The Debtor(s) attorney is also awarded a fee in the amount of $ __ for the modification listed above and per fee application.
   ☐ Attorney Fees capped at $ __, per Court authority.

2) **Other Provisions:**
       Debtor(s) shall file both Federal and State Income Tax Returns timely.
       Debtor(s) shall provide copies of same to the Standing Chapter 13 Trustee immediately upon filing.
       Debtor(s) are not required to tender tax refunds unless otherwise provided.
       This order of Confirmation becomes effective only when the filing fees due the Clerk of the Bankruptcy Court are paid in full.

###