B6F (Official Form 6F) (12/07)

In re **John Paul Busby,**
**Karen Michelle Busby**
_____,
Debtors

Case No. **13-32296**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Aarons Sales & Lease**<br>**POB 1421**<br>**Oak Grove, LA 71263** | | C | **Notice Only** | | | | 0.00 |
| Account No.<br>**ADT Security**<br>**POB 650485**<br>**Dallas, TX 75262-0485** | | C | **Unsecured services** | | | | 350.00 |
| Account No.<br>**Best Buy**<br>**Retail Services**<br>**POB 5238**<br>**Carol Stream, IL 60197-5238** | | C | **Credit card** | | | | 3,513.00 |
| Account No.<br>**Bill Me Later**<br>**Post Office Box 105658**<br>**Atlanta, GA 30348** | | C | **Credit card** | | | | 2,100.00 |
| __5__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 5,963.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  John Paul Busby,  
      Karen Michelle Busby

Case No. __13-32296__

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Capital One - Card<br>POB 30281<br>Salt Lake City, UT 84130 | | C | Notice Only | | | | 0.00 |
| Account No.<br><br>Capital One --<br>POB 30273<br>Salt Lake City, UT 84130 | | C | Notice Only | | | | 0.00 |
| Account No.<br><br>Chase Bank USA --<br>Post Office Box 15298<br>Wilmington, DE 19850 | | C | Credit card | | | | Unknown |
| Account No.<br><br>Citibank-Mastercard<br>701 E. 60th St. N.<br>Sioux Falls, SD 57104 | | C | Credit card | | | | Unknown |
| Account No.<br><br>Community Physicians<br>6435 Castleway West Dr Ste 200<br>Indianapolis, IN 46250 | | C | Medical Bill | | | | 1,232.00 |

Sheet no. __1__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    1,232.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

In re John Paul Busby,
Karen Michelle Busby,
                                    Debtors

Case No. 13-32296

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Credit Collection Services<br>Post Office Box 9136<br>Needham Heights, MA 02494-9136 | | C | Notice Only | | | | 0.00 |
| Account No.<br><br>Dell Financial Services<br>Post Office Box 5292<br>Carol Stream, IL 60197-5292 | | C | Credit card | | | | 7,000.00 |
| Account No.<br><br>District Counsel/IRS<br>Post Office Box 30509<br>New Orleans, LA 70190 | | C | Notice Only | | | | 0.00 |
| Account No.<br><br>Fedloan Servicing<br>Post Office Box 69184<br>Harrisburg, PA 17106-9184 | | C | Notice Only | | | | 0.00 |
| Account No.<br><br>Fingerhut<br>POB 7999<br>Saint Cloud, MN 56302 | | C | Credit card | | | | 5,000.00 |

Sheet no. 2 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   12,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re John Paul Busby,   Case No. 13-32296
   Karen Michelle Busby
              Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Fry's Electronics<br>600 East Brokaw<br>San Jose, CA 95112 | | C | Credit card | | | | 4,000.00 |
| Account No.<br>IRS<br>Memphis, TN 37501 | | C | Notice Only | | | | 0.00 |
| Account No.<br>Kohl's<br>POB 2983<br>Milwaukee, WI 53201-2983 | | C | Credit card | | | | 922.00 |
| Account No.<br>LA Dept of Revenue<br>POB 66658<br>Baton Rouge, LA 70896 | | C | Notice Only | | | | 0.00 |
| Account No.<br>Lowe's<br>Post Office Box 103080<br>Roswell, GA 30076 | | C | Credit card | | | | 2,003.00 |

Sheet no. __3__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   6,925.00

B6F (Official Form 6F) (12/07) - Cont.

In re   John Paul Busby,
        Karen Michelle Busby
                                                         ,
                                Debtors

Case No.  13-32296

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Medical Associates<br>PO Box 6276 Dept 20<br>Indianapolis, IN 46206 | | C | Medical Bill | | | | 533.00 |
| Account No.<br><br>Medshield<br>PO Box 55707<br>Indianapolis, IN 46205 | | C | Medical Bill | | | | 1,109.40 |
| Account No.<br><br>Nationwide Debt Direct<br>9201 Warren Parkway #200<br>Box 311<br>Frisco, TX 75035 | | C | Notice Only | | | | 0.00 |
| Account No.<br><br>Target<br>3901 West 53rd Street<br>Sioux Falls, SD 57106 | | C | Credit card | | | | 1,917.00 |
| Account No.<br><br>Tractor Supply<br>2310 E. Madison Ave<br>Bastrop, LA 71220 | | C | Notice Only | | | | 0.00 |

Sheet no. __4__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      3,559.40

B6F (Official Form 6F) (12/07) - Cont.

In re   John Paul Busby,                                                    Case No.   13-32296
        Karen Michelle Busby
                                                         Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Wal - Mart<br>POB 960023<br>Orlando, FL 32896 | | C | Credit card | | | | 1,900.00 |
| Account No.<br>Wal-mart -<br>702 S. W. 8th St.<br>Bentonville, AR 72716 | | C | Notice Only | | | | 0.00 |
| Account No.<br>Wells Fargo<br>1 Interenational Plaza, Ste. 300<br>Philadelphia, PA 19113 | | C | Credit card | | | | 4,951.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. _5_ of _5_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    6,851.00

Total (Report on Summary of Schedules)    36,530.40