UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

In RE: John Paul Busby
XXX-XX-4418
Debtor

CASE NO: 13-32296

Chapter 13

Karen Michelle Busby
XXX-XX-5623
Debtor

## NOTICE OF PLAN COMPLETION AND FILING OF FINAL ACCOUNT

Notice is hereby given that the debtor(s) appear to have completed the payments due to the Trustee under the confirmed plan. The Standing Chapter 13 Trustee believes the estate has been fully administered and has, therefore, filed a Final Report and Account (a copy of which is available for examination at the Clerk's Office of the United States Bankruptcy Court) and is prepared to close this case pursuant to 11 USC §350(a), 11 USC §1302(b)(1) and Bankruptcy Rule 5009.

**NOTICE IS HEREBY GIVEN** that the Trustee's Final Report and Account **SHALL** be approved, the Trustee discharged and this case closed, as set forth above; **UNLESS**, written objection is filed thereto with the BANKRUPTCY CLERK OF COURT, SUITE 116, U. S. BANKRUPTCY COURT, 300 JACKSON STREET, ALEXANDRIA, LOUISIANA 71301, and notice thereof given to the Trustee, the Debtors and the Debtors' counsel. **TO BE CONSIDERED** any such objection **MUST** be filed with the Clerk and noticed as set forth herein within twenty-eight (28) days of the date the Chapter 13 Trustee certifies he mailed this Notice (see **CERTIFICATE OF MAILING** below for date). If any objection is timely filed and noticed, the objecting party will be notified by the Trustee of the date, time and place of the Court hearing on the objection.

If the Debtor(s) has not filed an **"IN COMPLIANCE MOTION FOR DISCHARGE"** this case may be closed without the entry of a discharge and if the Debtor(s) desire the entry of a discharge the case will have to be reopened and Debtor(s) must pay the full reopening fee due for the filing of the Motion to Reopen.

/s/ E. EUGENE HASTINGS
**CHAPTER 13 TRUSTEE**
P. O. BOX 14477
MONROE, LA 71207

### CERTIFICATE OF MAILING

I hereby certify that a copy of this Notice was mailed this 13th day of November, 20 19, to the Debtors, Debtors' Attorney, all creditors per the mailing matrix, and all parties requesting notice.

Brenda C Fulford
OFFICE OF STANDING CHAPTER 13 TRUSTEE

H:\Post Law Ex D Docs - NPC\09 - 2019.wpd

13-32296 - #56  File 11/15/19  Enter 11/15/19 12:27:30  Pg 1 of 1